UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.N. LBR 9004-1(b)**
Rebecca A. Solarz, Esq.
Brian C. Nicholas, Esq.
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Number: (609) 250-0700
rsolarz@kmllawgroup.com
bnicholas@kmllawgroup.com
Attorneys for Specialized Loan Servicing LLC

Case No: 17-28880 CMG

In Re:
Joseph E. Snodgrass
Debra L. Snodgrass

Chapter: 13

Judge: Christine M. Gravelle

Debtors

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Specialized Loan Servicing LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

1512 Route 206 Tabernacle Township, NJ 08088

DOCUMENTS:

☐ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☐ All documents and pleadings of any nature.

Date: 10/02/2017

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
Brian C. Nicholas, Esquire
**KML Law Group, P.C.**
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
(609) 250-0700 (NJ)
(215) 627-1322 (PA)
FAX: (609) 385-2214
Attorney for Movant/Applicant

*new 8/1/15*