|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | Order Filed on November 13, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| **McCABE, WEISBERG & CONWAY, P.C.**<br>By: Alexandra T. Garcia, Esquire (Atty. I.D.# ATG4688)<br>216 Haddon Ave., Suite 201<br>Westmont, NJ  08108<br>Attorneys for Mortgagee: Specialized Loan Servicing LLC |  |
| In re:<br><br>Joseph E. Snodgrass & Debra L. Snodgrass<br>           Debtors | Case No.: 17-28880-CMG<br><br>Chapter: 13<br><br>Judge: Christine M. Gravelle |

**CONSENT ORDER RESOLVING SPECIALIZED LOAN SERVICING LLC'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: November 13, 2017**

_Christine M. Gravelle_
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Page 2**
Debtor: Joseph E. Snodgrass & Debra L. Snodgrass
Case No: 17-28880-CMG
Caption of Order: **CONSENT ORDER RESOLVING SPECIALIZED LOAN SERVICING LLC'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

---

THIS MATTER having been brought before the Court by Steven N. Taieb, Esq, attorney for Debtors, Joseph E. Snodgrass & Debra L. Snodgrass, upon the filing of a Chapter 13 Plan, and Specialized Loan Servicing LLC, by and through its attorneys, McCabe, Weisberg & Conway, P.C. having filed an Objection to the Confirmation of said Chapter 13 Plan, and the parties having subsequently resolved the differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order, and for cause shown, it is

ORDERED as follows:

1. Beginning October 1, 2017, and continuing every month, Debtor is to make full monthly mortgage payments in the amount of $1,149.81 directly by Debtor to Specialized Loan Servicing LLC (hereinafter "SLS") who is the first mortgage holder on real property owned by the Debtors and located at 1512 Route 206, Tabernacle Township, NJ 08088. The post-petition monthly mortgage payments are subject to change pursuant to the requirements of Bankruptcy Rule 3002.1.
2. Debtors shall pay the secured arrearage claim of SLS in the amount of $1,122.94 through the Chapter 13 Plan, as is listed in Proof of Claim 3-1 filed on September 29, 2017, and the Chapter 13 Trustee shall disburse a portion of Debtor's trustee payments to SLS to satisfy the pre-petition arrears of $1,122.94.
3. Debtors reserve the right to file a formal objection to Proof of Claim No. 3-1 pursuant to D.N.J. LBR 3007-1.
4. Debtors and SLS, by and through their counsel, consent to the entry of the within order.
5. This Order shall be incorporated in and become part of any Order confirming Plan in the Debtor's Chapter 13 bankruptcy.
6. Facsimile signature of Debtors' Counsel shall be admissible where SLS's Counsel's signature appears in the original.

The undersigned hereby consent to the form, content and entry of the within Order:

_____ Date: 11/10/17
Steven N. Taieb, Esquire
Law Office of Steven Taieb
1155 Route 73, Suite 11
Mount Laurel, NJ 08054
*Counsel for Debtors*

_____ Date: 11/10/17
Alexandra T. Garcia, Esquire
McCABE, WEISBERG & CONWAY, P.C.
216 Haddon Avenue, Suite 201
Westmont, NJ 08108
*Counsel for Specialized Loan Servicing LLC*