| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | Order Filed on November 13, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| McCABE, WEISBERG & CONWAY, P.C.<br>By: Alexandra T. Garcia, Esquire (Atty. I.D.# ATG4688)<br>216 Haddon Ave., Suite 201<br>Westmont, NJ  08108<br>Attorneys for Mortgagee: Specialized Loan Servicing LLC | |
| In re:<br><br>Joseph E. Snodgrass & Debra L. Snodgrass<br>   Debtors | Case No.: 17-28880-CMG<br><br>Chapter: 13<br><br>Judge: Christine M. Gravelle |

**CONSENT ORDER RESOLVING SPECIALIZED LOAN SERVICING LLC'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

DATED: November 13, 2017

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Page 2**
Debtor: Joseph E. Snodgrass & Debra L. Snodgrass
Case No: 17-28880-CMG
Caption of Order: **CONSENT ORDER RESOLVING SPECIALIZED LOAN SERVICING LLC'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

THIS MATTER having been brought before the Court by Steven N. Taieb, Esq, attorney for Debtors, Joseph E. Snodgrass & Debra L. Snodgrass, upon the filing of a Chapter 13 Plan, and Specialized Loan Servicing LLC, by and through its attorneys, McCabe, Weisberg & Conway, P.C. having filed an Objection to the Confirmation of said Chapter 13 Plan, and the parties having subsequently resolved the differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order, and for cause shown, it is

ORDERED as follows:

1. Beginning October 1, 2017, and continuing every month, Debtor is to make full monthly mortgage payments in the amount of $1,149.81 directly by Debtor to Specialized Loan Servicing LLC (hereinafter "SLS") who is the first mortgage holder on real property owned by the Debtors and located at 1512 Route 206, Tabernacle Township, NJ 08088. The post-petition monthly mortgage payments are subject to change pursuant to the requirements of Bankruptcy Rule 3002.1.

2. Debtors shall pay the secured arrearage claim of SLS in the amount of $1,122.94 through the Chapter 13 Plan, as is listed in Proof of Claim 3-1 filed on September 29, 2017, and the Chapter 13 Trustee shall disburse a portion of Debtor's trustee payments to SLS to satisfy the pre-petition arrears of $1,122.94.

3. Debtors reserve the right to file a formal objection to Proof of Claim No. 3-1 pursuant to D.N.J. LBR 3007-1.

4. Debtors and SLS, by and through their counsel, consent to the entry of the within order.

5. This Order shall be incorporated in and become part of any Order confirming Plan in the Debtor's Chapter 13 bankruptcy.

6. Facsimile signature of Debtors' Counsel shall be admissible where SLS's Counsel's signature appears in the original.

The undersigned hereby consent to the form, content and entry of the within Order:

_____ Date: 11/10/17
Steven N. Taieb, Esquire
Law Office of Steven Taieb
1155 Route 73, Suite 11
Mount Laurel, NJ 08054
*Counsel for Debtors*

_____ Date: 11/10/17
Alexandra T. Garcia, Esquire
McCABE, WEISBERG & CONWAY, P.C.
216 Haddon Avenue, Suite 201
Westmont, NJ 08108
*Counsel for Specialized Loan Servicing LLC*

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph E. Snodgrass  
Debra L. Snodgrass  
    Debtors

Case No. 17-28880-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Nov 13, 2017  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2017.  
db/jdb         +Joseph E. Snodgrass,    Debra L. Snodgrass,    1512 Route 206,    Tabernacle, NJ 08088-8878

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2017                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2017 at the address(es) listed below:  
           Albert   Russo    docs@russotrustee.com  
           Alexandra T. Garcia    on behalf of Creditor    Specialized Loan Servicing LLC NJECFMAIL@mwc-law.com  
           Janet   Gold    on behalf of Creditor    Beneficial Bank jgold@egclawfirm.com,  
            ksantiago@egclawfirm.com,econolly@egclawfirm.com  
           Melissa S DiCerbo    on behalf of Creditor    Specialized Loan Servicing LLC nj-ecfmail@mwc-law.com  
           Mina M Beshara    on behalf of Creditor    Specialized Loan Servicing LLC nj-ecfmail@mwc-law.com  
           Rebecca Ann Solarz    on behalf of Creditor    Specialized Loan Servicing LLC  
            rsolarz@kmllawgroup.com  
           Steven N. Taieb    on behalf of Debtor Joseph E. Snodgrass staieb@comcast.net  
           Steven N. Taieb    on behalf of Joint Debtor Debra L. Snodgrass staieb@comcast.net  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                   TOTAL: 9