Certificate Number: 03088-NJ-DE-030354576

Bankruptcy Case Number: 17-28880



03088-NJ-DE-030354576

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 28, 2017, at 5:15 o'clock AM CST, Debra L Snodgrass completed a course on personal financial management given by telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   December 28, 2017          By:    /s/Dennis Nichols

Name:  Dennis Nichols

Title:   Counselor