| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2017 to 02/17/2018
**Chapter 13 Case No. 17-28880 / CMG**

| | |
|---|---|
| Joseph E. Snodgrass | Petition Filed Date: 09/18/2017 |
| Debra L. Snodgrass | 341 Hearing Date: 10/19/2017 |
| 1512 Route 206 | Confirmation Date: 11/15/2017 |
| Tabernacle  NJ    08088 | |

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/03/2017 | $300.00 | 43331090 | 10/30/2017 | $300.00 | 43971980 | 12/04/2017 | $300.00 | 44891360 |
| 01/03/2018 | $300.00 | 45564230 | 02/02/2018 | $300.00 | 46420370 | | | |

**Total Receipts for the Period: $1,500.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $1,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Joseph E. Snodgrass | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | STEVEN N TAIEB, ESQ<br>»»  ATTY DISCL | Attorney Fees | $3,210.00 | $841.50 | $2,368.50 |
| 1 | DISCOVER BANK | Unsecured Creditors | $4,744.17 | $0.00 | $4,744.17 |
| 2 | DISCOVER BANK | Unsecured Creditors | $2,712.73 | $0.00 | $2,712.73 |
| 3 | SPECIALIZED LOAN SERVICING  LLC<br>»»  P/1512 ROUTE 206/1ST MTG/CONS ORD 11/13/17 | Mortgage Arrears | $1,122.94 | $0.00 | $1,122.94 |
| 4 | Beneficial Bank<br>»»  P/1512 ROUTE 206./2ND MTG | Mortgage Arrears | $470.10 | $0.00 | $470.10 |
| 5 | CAPITAL ONE, NA<br>»»  KOHL'S | Unsecured Creditors | $838.68 | $0.00 | $838.68 |
| 6 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC<br>»»  CAPITAL ONE | Unsecured Creditors | $6,900.00 | $0.00 | $6,900.00 |
| 7 | ASHLEY FUNDING SERVICES, LLC<br>»»  MEDICAL | Unsecured Creditors | $61.00 | $0.00 | $61.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/17/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,500.00 | Plan Balance: | $9,300.00 ** |
| Paid to Claims: | $841.50 | Current Monthly Payment: | $300.00 |
| Paid to Trustee: | $97.50 | Arrearages: | $0.00 |
| Funds on Hand: | $561.00 | Total Plan Base: | $10,800.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**