| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Joseph E. Snodgrass<br>First Name   Middle Name   Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–5788<br>_ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Debra L. Snodgrass<br>First Name   Middle Name   Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–1582<br>_ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13    9/18/17 |
| Case number: | 17–28880–CMG | Date case converted to chapter: | 7    11/13/18 |

Official Form 309A (For Individuals or Joint Debtors)

**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Joseph E. Snodgrass | Debra L. Snodgrass |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1512 Route 206<br>Tabernacle, NJ 08088 | 1512 Route 206<br>Tabernacle, NJ 08088 |
| 4. | **Debtor's attorney**<br>Name and address | Steven N. Taieb<br>Law Office of Steven Taieb<br>1155 Route 73<br>Suite 11<br>Mount Laurel, NJ 08054 | Contact phone (856) 235–4994 |
| 5. | **Bankruptcy trustee**<br>Name and address | Daniel E. Straffi<br>Straffi & Straffi, LLC<br>670 Commons Way<br>Toms River, NJ 08755 | Contact phone 732–341–3800 |

**For more information, see page 2 >**

Debtor **Joseph E. Snodgrass** and **Debra L. Snodgrass**                                                    Case number **17–28880–CMG**

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 402 East State Street  Trenton, NJ 08608  Additional information may be available at the Court's Web Site: www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)  Contact phone 609–858–9333  Date: 11/13/18 |
| 7. | **Meeting of creditors**  **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**  All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **December 10, 2018 at 12:30 PM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  **Clarkson S. Fisher Federal Courthouse, 402 East State Street, Room 129, Trenton, NJ 08608–1507** |
| 8. | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9).  **WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 2/8/19** |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Case 17-28880-CMG    Doc 32    Filed 11/15/18    Entered 11/16/18 00:52:36    Desc Imaged
Certificate of Notice    Page 3 of 5

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-28880-CMG
Joseph E. Snodgrass                                                     Chapter 7
Debra L. Snodgrass
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2             Date Rcvd: Nov 13, 2018
                              Form ID: 309A            Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2018.
db/jdb         +Joseph E. Snodgrass,   Debra L. Snodgrass,   1512 Route 206,   Tabernacle, NJ 08088-8878
517071261      +Advocare Medford Peds Adol Med,   P.O. Box 3001,   Voorhees, New Jersey 08043-0598
517121159      +Beneficial Bank,   Att: Eisenberg Gold,   1040 N kings Hwy Ste 200,
                 Cherry Hill, NJ 08034-1925
517071263       Beneficial Servicing BK I/L,   1818 Walnut Street,   Philadelphia, PA 19106-3696
517071265       Children's Hospital of Philadelphia,   Lockbox #7802,   P.O. Box 8500,
                 Philadelphia, Pennsylvania 19178-7802
517071264       Childrens Hospital Home Care,   550 S. Gooddard Blvd,
                 King of Prussia, Pennsylvania 19406-2931
517071268       Gastroenteroloy Consultants of SJ,   P.O. Box 70,   Lumberton, New Jersey 08048-0070
517071270      +HBA Management Inc. DBA,   92 Brick Road,   Marlton, New Jersey 08053-2177
517071271       Hospital Billing-Chop,   P.O. Box 787802,   Philadelphia, Pennsylvania 19178-7878
517071273      +Kohls Capone (PO Box 3115, Milwaukee, Wi,   PO Box 3115,   Milwaukee, Wisconsin 53201-3115
517071274       Lab Corp of America,   P.O. Box 2240,   Burlington, North Carolina 27216-2240
517071275       Physician Billing-PB Chop,   P.O. Box 788017,   Philadelphia, Pennsylvania 19178-8017
517071276     ++++SPECIALIZED LOAN SERVICING,   PO BOX 266005,   LITTLETON CO 80163-6005
               (address filed with court: Specialized Loan Servicing,    PO Box 266005,   Littleton, CO 80163)
517091851      +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
517071277      +The Bureaus,   650 Dundee Road,   Suite 370,   Northbrook, IL 60062-2757
517237492      +The Bureaus, Inc.,   c/o of PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: staieb@comcast.net Nov 14 2018 00:22:17     Steven N. Taieb,
                 Law Office of Steven Taieb,    1155 Route 73,   Suite 11,   Mount Laurel, NJ  08054
tr             +EDI: QDESTRAFFI.COM Nov 14 2018 05:08:00      Daniel E. Straffi,   Straffi & Straffi, LLC,
                 670 Commons Way,   Toms River, NJ 08755-6431
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 14 2018 00:23:08     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 14 2018 00:23:07      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd., One Newark Center, Suite 2100,
                 Newark, NJ 07102-5235
517071262      +EDI: RMCB.COM Nov 14 2018 05:08:00      American Medical Collection Agency,
                 4 Westchester Plaza, Building 4,   Elmsford, New York 10523-1615
517263067       EDI: RESURGENT.COM Nov 14 2018 05:08:00      Ashley Funding Services, LLC its successors and,
                 assigns as assignee of Laboratory,   Corporation of America Holdings,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517115708      +E-mail/Text: Smarkunas@thebeneficial.com Nov 14 2018 00:23:44     Beneficial Bank,
                 1818 Market Street,   Philadelphia, PA 19103-3628
517248525      +EDI: PRA.COM Nov 14 2018 05:08:00      Bureaus Investment Group Portfolio No 15 LLC,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
517199024       EDI: BL-BECKET.COM Nov 14 2018 05:08:00      Capital One, N.A.,   c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
517071266      +EDI: CITICORP.COM Nov 14 2018 05:08:00      CitiCards,   PO Box 6241,
                 Sioux Falls, SD 57117-6241
517071267       EDI: DISCOVER.COM Nov 14 2018 05:08:00      Discover Financial,   PO Box 15316,
                 Wilmington, Delaware 19850
517085878       EDI: DISCOVER.COM Nov 14 2018 05:08:00      Discover Bank,   Discover Products Inc,
                 PO Box 3025,   New Albany, OH 43054-3025
517071269       EDI: PHINHARRIS Nov 14 2018 05:08:00      Harris & Harris, Ltd,   111 W. Jackson Blvd, Suite 400,
                 Chicago, Illinois 60604-4135
517071272      +EDI: IIC9.COM Nov 14 2018 05:08:00      IC System Collections,   PO Box 64378,
                 Saint Paul, Minnesota 55164-0378
                                                                                               TOTAL: 14

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
District/off: 0312-3            User: admin              Page 2 of 2              Date Rcvd: Nov 13, 2018
                                Form ID: 309A            Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2018                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Alexandra T. Garcia     on behalf of Creditor    Specialized Loan Servicing LLC
               NJECFMAIL@mwc-law.com,    nj-ecfmail@ecf.courtdrive.com
              Daniel E. Straffi    bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ep
               iqsystems.com
              Janet    Gold    on behalf of Creditor    Beneficial Bank jgold@egclawfirm.com,
               ksantiago@egalawfirm.com,jwingfield@egalawfirm.com
              Melissa S DiCerbo    on behalf of Creditor    Specialized Loan Servicing LLC nj-ecfmail@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Mina M Beshara    on behalf of Creditor    Specialized Loan Servicing LLC nj-ecfmail@mwc-law.com
              Rebecca Ann Solarz    on behalf of Creditor    Specialized Loan Servicing LLC
               rsolarz@kmllawgroup.com
              Steven N. Taieb    on behalf of Debtor Joseph E. Snodgrass staieb@comcast.net
              Steven N. Taieb    on behalf of Joint Debtor Debra L. Snodgrass staieb@comcast.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```