Rob Saltzman, Esquire
**PLUESE, BECKER & SALTZMAN, LLC**
Attorneys At Law
RS1765
20000 Horizon Way, Suite 900
Mt. Laurel, NJ 08054-4318
(856) 813-1700
Attorneys for the Mortgagee
File No. 094747B

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| In re: | : | CASE NO. 17-28880-CMG |
|  | : | CHAPTER 7 |
| Joseph E. Snodgrass |  |  |
| Debra L. Snodgrass | : | ENTRY OF APPEARANCE AND REQUEST FOR SERVICE |
| Debtors | : | OF NOTICES, PLEADINGS, ETC. |
|  | : |  |

Please take notice that the undersigned hereby enters appearance in the above-captioned matter on behalf of the secured creditor, Specialized Loan Servicing LLC , and that, pursuant to Rule 2002(g), secured creditor hereby requests that all Notices, Pleadings and any other documents pertaining to this case be sent to both of the following addresses:

PLUESE, BECKER & SALTZMAN, LLC          Specialized Loan Servicing LLC
20000 Horizon Way, Suite 900                      PO Box 636007, Littleton, CO 80163
Mt. Laurel, NJ 08054-4318

/s/ Rob Saltzman
Rob Saltzman, Esquire
Attorney for Secured Creditor,
Specialized Loan Servicing LLC

DATED: November 26, 2018