UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

ROB SALTZMAN, ESQUIRE
PLUESE, BECKER & SALTZMAN, LLC
Attorneys at Law
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054
(856) 813-1700

Order Filed on January 15, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

  Joseph E. Snodgrass
  Debra L. Snodgrass

Case No.: 17-28880-CMG

Hearing Date: January 16, 2019

Judge: Christine M. Gravelle

Chapter: 7

Recommended Local Form    [X] Followed    [ ] Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 15, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of _____Specialized Loan Servicing LLC_____, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as:

   1512 Route 206, Tabernacle Township, NJ 08088

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 11/14/18*

2

United States Bankruptcy Court
District of New Jersey

In re:
Joseph E. Snodgrass
Debra L. Snodgrass
     Debtors

Case No. 17-28880-CMG
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jan 15, 2019
                       Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2019.
db/jdb       +Joseph E. Snodgrass,   Debra L. Snodgrass,   1512 Route 206,   Tabernacle, NJ 08088-8878

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2019 at the address(es) listed below:
         Alexandra T. Garcia   on behalf of Creditor   Specialized Loan Servicing LLC
          NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
         Daniel E. Straffi    bktrustee@straffilaw.com,
          G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ep
          iqsystems.com
         Janet Gold    on behalf of Creditor   Beneficial Bank jgold@egclawfirm.com,
          ksantiago@egalawfirm.com,jwingfield@egalawfirm.com
         Melissa S DiCerbo   on behalf of Creditor   Specialized Loan Servicing LLC nj-ecfmail@mwc-law.com,
          nj-ecfmail@ecf.courtdrive.com
         Mina M Beshara   on behalf of Creditor   Specialized Loan Servicing LLC nj-ecfmail@mwc-law.com
         Rebecca Ann Solarz   on behalf of Creditor   Specialized Loan Servicing LLC
          rsolarz@kmllawgroup.com
         Robert P. Saltzman   on behalf of Creditor   Specialized Loan Servicng LLC dnj@pbslaw.org
         Robert P. Saltzman   on behalf of Creditor   Specialized Loan Servicing LLC dnj@pbslaw.org
         Steven N. Taieb   on behalf of Debtor Joseph E. Snodgrass staieb@comcast.net
         Steven N. Taieb   on behalf of Joint Debtor Debra L. Snodgrass staieb@comcast.net
         U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                    TOTAL: 11