UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Joseph E. Snodgrass and Debra L. Snodgrass

Case No.: _____17-28880_____

Chapter: _____7_____

Judge: _____Christine M. Gravelle_____

## NOTICE OF FAILURE TO FILE SUPPLEMENTAL
## DOCUMENTS CONCERNING SCHEDULES

TO: __Steven N. Taieb, Esq._____

This will confirm that on _____02/04/219_____ the following document(s) was filed by you.

☒    Amendment to Schedule(s) _C_____,

☐    Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

☒    Declaration About an Individual Debtor's Schedules (106 Declaration)

☐    An updated Summary of Your Assets and Liabilities and Certain Statistical Information

(106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐    Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐    An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary)

[Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date
of this notice.

Dated: 2/6/2019_____                    Jeanne A. Naughton, Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-28880-CMG
Joseph E. Snodgrass                                                       Chapter 7
Debra L. Snodgrass
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1              Date Rcvd: Feb 06, 2019
                              Form ID: pdf903       Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2019.
db/jdb        +Joseph E. Snodgrass,   Debra L. Snodgrass,   1512 Route 206,   Tabernacle, NJ 08088-8878

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                         TOTAL: 0


        ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2019 at the address(es) listed below:
          Alexandra T. Garcia    on behalf of Creditor    Specialized Loan Servicing LLC
           NJECFMAIL@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com
          Daniel E. Straffi    bktrustee@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ep
           iqsystems.com
          Janet  Gold    on behalf of Creditor    Beneficial Bank jgold@egclawfirm.com,
           ksantiago@egalawfirm.com,jwingfield@egalawfirm.com
          Melissa S DiCerbo    on behalf of Creditor    Specialized Loan Servicing LLC nj-ecfmail@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Mina M Beshara    on behalf of Creditor    Specialized Loan Servicing LLC nj-ecfmail@mwc-law.com
          Rebecca Ann Solarz    on behalf of Creditor    Specialized Loan Servicing LLC
           rsolarz@kmllawgroup.com
          Robert P. Saltzman    on behalf of Creditor    Specialized Loan Servicng LLC dnj@pbslaw.org
          Robert P. Saltzman    on behalf of Creditor    Specialized Loan Servicing LLC dnj@pbslaw.org
          Steven N. Taieb    on behalf of Debtor Joseph E. Snodgrass staieb@comcast.net
          Steven N. Taieb    on behalf of Joint Debtor Debra L. Snodgrass staieb@comcast.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                         TOTAL: 11