**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Joseph E. Snodgrass<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5788<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Debra L. Snodgrass<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1582<br>EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   17–28880–CMG

# Order of Discharge                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Joseph E. Snodgrass                                    Debra L. Snodgrass

2/14/19                                   **By the court:**   Christine M. Gravelle
                                                              United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-28880-CMG
Joseph E. Snodgrass                                                     Chapter 7
Debra L. Snodgrass
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Feb 14, 2019
                              Form ID: 318             Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2019.
```
db/jdb       +Joseph E. Snodgrass,    Debra L. Snodgrass,    1512 Route 206,    Tabernacle, NJ 08088-8878
cr           +Specialized Loan Servicng LLC,    PO Box 636007,    Littleton, CO 80163-6007
517071261    +Advocare Medford Peds Adol Med,    P.O. Box 3001,    Voorhees, New Jersey 08043-0598
517115708    +Beneficial Bank,    1818 Market Street,    Philadelphia, PA 19103-3628
517121159    +Beneficial Bank,    Att: Eisenberg Gold,    1040 N kings Hwy Ste 200,
               Cherry Hill, NJ 08034-1925
517071263     Beneficial Servicing BK I/L,    1818 Walnut Street,    Philadelphia, PA 19106-3696
517071265     Children's Hospital of Philadelphia,    Lockbox #7802,    P.O. Box 8500,
               Philadelphia, Pennsylvania 19178-7802
517071264     Childrens Hospital Home Care,    550 S. Gooddard Blvd,
               King of Prussia, Pennsylvania 19406-2931
517071268     Gastroenteroloy Consultants of SJ,    P.O. Box 70,    Lumberton, New Jersey 08048-0070
517071270    +HBA Management Inc. DBA,    92 Brick Road,    Marlton, New Jersey 08053-2177
517071271     Hospital Billing-Chop,    P.O. Box 787802,    Philadelphia, Pennsylvania 19178-7878
517071273    +Kohls Capone (PO Box 3115, Milwaukee, Wi,    PO Box 3115,    Milwaukee, Wisconsin 53201-3115
517071274     Lab Corp of America,    P.O. Box 2240,    Burlington, North Carolina 27216-2240
517071275     Physician Billing-PB Chop,    P.O. Box 788017,    Philadelphia, Pennsylvania 19178-8017
517071276   ++++SPECIALIZED LOAN SERVICING,    PO BOX 266005,    LITTLETON CO 80163-6005
              (address filed with court:  Specialized Loan Servicing,    PO Box 266005,    Littleton, CO 80163)
517091851    +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
517071277    +The Bureaus,    650 Dundee Road,    Suite 370,    Northbrook, IL 60062-2757
517237492    +The Bureaus, Inc.,    c/o of PRA Receivables Management, LLC,    PO Box 41021,
               Norfolk, VA 23541-1021
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Feb 15 2019 00:14:32     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 15 2019 00:14:30      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517071262    +EDI: RMCB.COM Feb 15 2019 04:38:00      American Medical Collection Agency,
               4 Westchester Plaza, Building 4,    Elmsford, New York 10523-1615
517263067     EDI: RESURGENT.COM Feb 15 2019 04:38:00      Ashley Funding Services, LLC its successors and,
               assigns as assignee of Laboratory,    Corporation of America Holdings,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517115708    +E-mail/Text: rreithmeier@thebeneficial.com Feb 15 2019 00:13:14      Beneficial Bank,
               1818 Market Street,    Philadelphia, PA 19103-3628
517248525    +EDI: PRA.COM Feb 15 2019 04:38:00      Bureaus Investment Group Portfolio No 15 LLC,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
517199024     EDI: BL-BECKET.COM Feb 15 2019 04:38:00      Capital One, N.A.,    c/o Becket and Lee LLP,
               PO Box 3001,    Malvern PA 19355-0701
517970271     EDI: PHINHARRIS Feb 15 2019 04:38:00      Childrens Hospital of Philadelphia,
               Attn Harris and Harris LTD,    111 W Jackson Blvd Ste 400,    Chicago, IL 60604-4135
517071266    +EDI: CITICORP.COM Feb 15 2019 04:38:00      CitiCards,    PO Box 6241,
               Sioux Falls, SD 57117-6241
517071267     EDI: DISCOVER.COM Feb 15 2019 04:38:00      Discover Financial,    PO Box 15316,
               Wilmington, Delaware 19850
517085878     EDI: DISCOVER.COM Feb 15 2019 04:38:00      Discover Bank,    Discover Products Inc,
               PO Box 3025,    New Albany, OH 43054-3025
517071269     EDI: PHINHARRIS Feb 15 2019 04:38:00      Harris & Harris, Ltd,    111 W. Jackson Blvd, Suite 400,
               Chicago, Illinois 60604-4135
517071272    +EDI: IIC9.COM Feb 15 2019 04:38:00      IC System Collections,    PO Box 64378,
               Saint Paul, Minnesota 55164-0378
                                                                                              TOTAL: 13
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*          +Beneficial Bank,    1818 Market Street,    Philadelphia, PA 19103-3628
517970274*    Childrens Hospital of Philadelphia,    Attn Harris and Harris LTD,    111 W Jackson Blvd Ste 400,
               Chicago, IL 60604-4135
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
District/off: 0312-3              User: admin                 Page 2 of 2                  Date Rcvd: Feb 14, 2019
                                  Form ID: 318                Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2019 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    Specialized Loan Servicing LLC
               NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
              Daniel E. Straffi    bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ep
               iqsystems.com
              Janet   Gold    on behalf of Creditor    Beneficial Bank jgold@egclawfirm.com,
               ksantiago@egalawfirm.com,jwingfield@egalawfirm.com
              Melissa S DiCerbo    on behalf of Creditor    Specialized Loan Servicing LLC nj-ecfmail@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Mina M Beshara    on behalf of Creditor    Specialized Loan Servicing LLC nj-ecfmail@mwc-law.com
              Rebecca Ann Solarz    on behalf of Creditor    Specialized Loan Servicing LLC
               rsolarz@kmllawgroup.com
              Robert P. Saltzman    on behalf of Creditor    Specialized Loan Servicng LLC dnj@pbslaw.org
              Robert P. Saltzman    on behalf of Creditor    Specialized Loan Servicing LLC dnj@pbslaw.org
              Steven N. Taieb    on behalf of Debtor Joseph E. Snodgrass staieb@comcast.net
              Steven N. Taieb    on behalf of Joint Debtor Debra L. Snodgrass staieb@comcast.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 11
```