UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Snodgrass, Joseph E.  
Snodgrass, Debra L.

Case No.: 17-28880  
Chapter: 7  
Judge: CMG

**NOTICE OF PROPOSED ABANDONMENT**

_____Daniel E. Straffi_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: 402 East State Street  
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable _____Christine M. Gravelle_____ on _____April 9, 2019_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. ___3___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:  
1512 Route 206  
Tabernacle, NJ  
FMV - +/-$131,500.00

Liens on property:  
Specialized Loan Servicing - +/- $69,068.33  
Beneficial Servicing - $28,090.35  
Total Liens - $97,158.68

Plus 10% Estimated Costs of Sale

Amount of equity claimed as exempt: $22,726.26

Objections must be served on, and requests for additional information directed to:

Name: Daniel E. Straffi, Esq.  
Address: 670 Commons Way Toms River, NJ 08755  
Telephone No.: 732-341-3800

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                     Case No. 17-28880-CMG
Joseph E. Snodgrass                                        Chapter 7
Debra L. Snodgrass
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: Mar 06, 2019
                              Form ID: pdf905          Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2019.
```
db/jdb         +Joseph E. Snodgrass,    Debra L. Snodgrass,    1512 Route 206,    Tabernacle, NJ 08088-8878
cr             +Specialized Loan Servicng LLC,    PO Box 636007,    Littleton, CO 80163-6007
517071261      +Advocare Medford Peds Adol Med,    P.O. Box 3001,    Voorhees, New Jersey 08043-0598
517115708      +Beneficial Bank,    1818 Market Street,    Philadelphia, PA 19103-3628
517121159      +Beneficial Bank,    Att: Eisenberg Gold,    1040 N kings Hwy Ste 200,
                 Cherry Hill, NJ 08034-1925
517071263       Beneficial Servicing BK I/L,    1818 Walnut Street,    Philadelphia, PA 19106-3696
517199024       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517071265       Children's Hospital of Philadelphia,    Lockbox #7802,    P.O. Box 8500,
                 Philadelphia, Pennsylvania 19178-7802
517071264       Childrens Hospital Home Care,    550 S. Gooddard Blvd,
                 King of Prussia, Pennsylvania 19406-2931
517071266      +CitiCards,    PO Box 6241,    Sioux Falls, SD 57117-6241
517071268       Gastroenteroloy Consultants of SJ,    P.O. Box 70,    Lumberton, New Jersey 08048-0070
517071270      +HBA Management Inc. DBA,    92 Brick Road,    Marlton, New Jersey 08053-2177
517071271       Hospital Billing-Chop,    P.O. Box 787802,    Philadelphia, Pennsylvania 19178-7878
517071272      +IC System Collections,    PO Box 64378,    Saint Paul, Minnesota 55164-0378
517071273      +Kohls Capone (PO Box 3115, Milwaukee, Wi,    PO Box 3115,    Milwaukee, Wisconsin 53201-3115
517071274       Lab Corp of America,    P.O. Box 2240,    Burlington, North Carolina 27216-2240
517071275       Physician Billing-PB Chop,    P.O. Box 788017,    Philadelphia, Pennsylvania 19178-8017
517071276     ++++SPECIALIZED LOAN SERVICING,    PO BOX 266005,    LITTLETON CO   80163-6005
                 (address filed with court:   Specialized Loan Servicing,    PO Box 266005,    Littleton, CO 80163)
517091851      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
517071277      +The Bureaus,    650 Dundee Road,    Suite 370,    Northbrook, IL 60062-2757
517237492      +The Bureaus, Inc.,    c/o of PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 06 2019 23:43:51     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 06 2019 23:43:49      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517071262      +E-mail/Text: bkrpt@retrievalmasters.com Mar 06 2019 23:43:48
                 American Medical Collection Agency,    4 Westchester Plaza, Building 4,
                 Elmsford, New York 10523-1615
517263067       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 06 2019 23:46:21
                 Ashley Funding Services, LLC its successors and,     assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517115708      +E-mail/Text: rreithmeier@thebeneficial.com Mar 06 2019 23:42:52      Beneficial Bank,
                 1818 Market Street,    Philadelphia, PA 19103-3628
517248525      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 06 2019 23:47:24
                 Bureaus Investment Group Portfolio No 15 LLC,     c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
517970271       E-mail/Text: Harris@ebn.phinsolutions.com Mar 06 2019 23:44:41
                 Childrens Hospital of Philadelphia,    Attn Harris and Harris LTD,    111 W Jackson Blvd Ste 400,
                 Chicago, IL 60604-4135
517071267       E-mail/Text: mrdiscen@discover.com Mar 06 2019 23:42:55      Discover Financial,    PO Box 15316,
                 Wilmington, Delaware 19850
517085878       E-mail/Text: mrdiscen@discover.com Mar 06 2019 23:42:55      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
517071269       E-mail/Text: Harris@ebn.phinsolutions.com Mar 06 2019 23:44:41      Harris & Harris, Ltd,
                 111 W. Jackson Blvd, Suite 400,    Chicago, Illinois 60604-4135
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Beneficial Bank,    1818 Market Street,    Philadelphia, PA 19103-3628
517970274*      Childrens Hospital of Philadelphia,    Attn Harris and Harris LTD,    111 W Jackson Blvd Ste 400,
                 Chicago, IL 60604-4135
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
District/off: 0312-3               User: admin              Page 2 of 2              Date Rcvd: Mar 06, 2019
                                   Form ID: pdf905          Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2019 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    Specialized Loan Servicing LLC
               NJECFMAIL@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com
              Daniel E. Straffi    bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ep
               iqsystems.com
              Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ep
               iqsystems.com
              Janet  Gold     on behalf of Creditor    Beneficial Bank jgold@egclawfirm.com,
               ksantiago@egalawfirm.com,jwingfield@egalawfirm.com
              Melissa S DiCerbo    on behalf of Creditor    Specialized Loan Servicing LLC nj-ecfmail@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Mina M Beshara    on behalf of Creditor    Specialized Loan Servicing LLC nj-ecfmail@mwc-law.com
              Rebecca Ann Solarz    on behalf of Creditor    Specialized Loan Servicing LLC
               rsolarz@kmllawgroup.com
              Robert P. Saltzman    on behalf of Creditor    Specialized Loan Servicng LLC dnj@pbslaw.org
              Robert P. Saltzman    on behalf of Creditor    Specialized Loan Servicing LLC dnj@pbslaw.org
              Steven N. Taieb    on behalf of Debtor Joseph E. Snodgrass staieb@comcast.net,  sntgale@aol.com
              Steven N. Taieb    on behalf of Joint Debtor Debra L. Snodgrass staieb@comcast.net,
               sntgale@aol.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 12
```