Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 17–28880–CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph E. Snodgrass
1512 Route 206
Tabernacle, NJ 08088

Debra L. Snodgrass
1512 Route 206
Tabernacle, NJ 08088

Social Security No.:
   xxx–xx–5788                                                xxx–xx–1582

Employer's Tax I.D. No.:

---

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Daniel E. Straffi is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>April 5, 2019</u>               <u>Christine M. Gravelle</u>
                                          Judge, United States Bankruptcy Court